UNITED STATES DISTRICT COURT
MIDDLE DISTRICT OF FLORIDA
ORLANDO DIVISION

**ZITA BATOR,**

          **Plaintiff,**

v.                                               Case No. 6:24-cv-1855-CEM-DCI

**NATIONWIDE MORTGAGE SOLUTIONS LLC, NEW MEXICO LLC, NATIONS ASSET MANAGEMENT 1 LLC, CLAY COUNTY LAND TRUST, ORANGE PARK 2022 LLC, UNIVERSAL LENDING TRUST 2, LLC, MANHATTAN FINANCE COMPANY LLC, FLORIDA MANAGEMENT TRUST LLC, and PORTS OF IONNA LLC,**

          **Defendants.**
_____/

## ORDER

    THIS CAUSE is before the Court on Plaintiff's *pro se* Motion for Change of Venue ("Motion," Doc. 14). The United States Magistrate Judge issued a Report and Recommendation (Doc. 15), recommending that the Motion be granted, (*id.* at 2).

    After review in accordance with 28 U.S.C. § 636(b)(1) and Federal Rule of Civil Procedure 72, and noting that no objections were timely filed, the Magistrate

Judge's recommended disposition is accepted. Accordingly, it is **ORDERED** and **ADJUDGED** as follows:

1. The Report and Recommendation (Doc. 15) is **ADOPTED** and made a part of this Order.

2. The Plaintiff's Motion for Change of Venue (Doc. 14) is **GRANTED**.

3. The Clerk is directed to transfer this case to the Jacksonville Division of the Middle District of Florida for all further proceedings.

**DONE** and **ORDERED** in Orlando, Florida on January 7, 2025.



CARLOS E. MENDOZA
UNITED STATES DISTRICT JUDGE

Copies furnished to:

Unrepresented Party